DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSTIN POOD,**
Appellant,

v.

**KARI POOD,**
Appellee.

No. 4D17-1202

[June 21, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312017DR000440.

Valentin Rodriguez, Jr. of Valentin Rodriguez, P.A., West Palm Beach, for appellant.

Kari Pood, pro se.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***